This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**SALLIE CASTILLO, individually and as mother and next best friend of BELLA CELINE SIMEONE, a minor, by and through her mother and next best friend,**

Plaintiffs-Appellants,

v.                                         **NO. 30,038**

**LOUIS ALVAREZ, JESS ROGERS, RON SIERRA, PAUL OSUNA, CANDELARIO JAUREQUI, and COBRE CONSODLIATED SCHOOL DISTRICT,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF GRANT COUNTY**
**H. R. Quintero, District Judge**

James B. Foy
Silver City, NM

for Appellants

German & Associates, L.L.C.
Elizabeth L. German
Albuquerque, NM

for Appellees

## MEMORANDUM OPINION

**FRY, Chief Judge.**

Plaintiffs appeal from an order dismissing their complaint for failure to state a claim on which relief can be granted. In this Court's notice of proposed summary disposition, we proposed to affirm. Defendants have filed a memorandum in support of our proposed summary disposition. Plaintiffs have not filed a memorandum in opposition, and the time to do so has passed. Therefore, for the reasons stated in the notice of proposed summary disposition, we affirm.

**IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**JONATHAN B. SUTIN, Judge**